## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of November, 2005, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

David J. Baldwin, Esquire
Suzanne M. Hill, Esquire
*Potter Anderson & Corroon LLP*
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899-0951

Mary E. Augustine (No. 4477)